[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-10043

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 20, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No.  04-01415-CV-ORD-28DAB

GARY L. MOCK,

                                        Plaintiff-Appellant
                                        Cross-Appellee,

                    versus

BELL HELICOPTER TEXTRON, INC.,

                                        Defendant-Appellee
                                        Cross-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

(January 20, 2009)

Before WILSON and COX, Circuit Judges, and Albritton,[*] District Judge.

_____

[*] Honorable W. Harold Albritton, III, United States District Judge for the Middle District of Alabama, sitting by designation.

PER CURIAM:

In a bifurcated trial, the jury returned a verdict finding the Defendant, Bell Helicopter Textron, Inc. ("Bell Helicopter"), liable to the Plaintiff, Gary L. Mock, and the district court awarded Mock damages in the amount of $225,809 plus interest. On appeal, Mock claims that the district court, in computing the damage award, made the following errors: limiting back pay, denying recovery for lost retirement benefits, denying reinstatement, denying front pay, and in determining the applicable prejudgment interest rate.

Bell Helicopter filed a cross-appeal, raising issues of liability. On cross-appeal, Bell Helicopter claims that it is entitled to judgment as a matter of law because the evidence failed to establish pretext, and the district court improperly admitted "me too" evidence.

After a thorough review and consideration of the record, the parties' briefs, and the oral arguments of counsel, we find no error as to the legal issues and that the district court's award of damages was within the court's discretion. Accordingly, we affirm the district court in all respects.

**AFFIRMED**.